Appeal dismissed on motion of counsel for Appellee.

*Randolph Calhoun,* for Appellants.

*J. D. Gill,* for Appellee.

Kathrine Neville, Appellant, v. Sol Meyer, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.

*Bryant & Pittman,* for the Motion.

Celo Company of America, a corporation, Appellant, v. W. C. Zickgraf, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.

*Sutton, Tillman & Reaves,* for Appellant.

*Marion Wannamaker,* for the Appellees.

W. R. Becker, as Tax Collector of Dade County, Florida, *et al.,* Appellants, v. First Trust Company, as Trustee of the Estate of Richard Ashby, deceased, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Cary D. Landis,* Attorney General, *H. E. Carter* and *J. V. Keen,* Assistants, for Appellants.

*Evans, Mershon & Sawyer,* for Appellee.

State of Florida, *ex rel.* James M. Hanna, Relator, v. J. M. Lee, as Comptroller of the State of Florida, Respondent.